AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19CR10430 |
| EMILIO RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Emilio Rodriguez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of and possession with intent to distribute 28 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(iii)
Distribution of and possession with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

Date: 11/6/19

Claudde Gunaldino-Karass, Deputy Clerk
*Issuing officer's signature*

Claudde Gunaldino-Karass, Deputy Clerk
*Printed name and title*

City and state: Boston, MA

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |