UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CRIMINAL No.: 19-10430
: 19-10424

UNITED STATES OF AMERICA

v.

EMILIO RODRIGUEZ
AND
JOSE APONTE

**JOINT MOTION TO CONTINUE THE FIRST STATUS CONFERENCE.**
**[ Assented].**

The defendants, EMILIO RODRIGUEZ AND JOSE APONTE, with the assent of the government jointly move this Honorable Court to continue the initial status conference until February 10, 13 or 14, 2020 in the afternoon. Counsel received automatic discovery on December 23, 2019 and have not had the opportunity to review it.

The two cases are indicted separately but the Court and the government indicated that it will proceed with both at the same time. The attorney for Jose Aponte has already filed a motion requesting a shorter continuance but agrees to these dates in February.

The defendants agree that the time until the next status conference may be excluded from the Speedy Trial calculation in the interests of justice.

Respectfully Submitted,
EMILIO RODRIGUEZ
By His Attorney,

____/s/ Lenore Glaser_____          December 27, 2019
Lenore Glaser, Esq. B.B.O. # 194220
45 Bromfield St., Suite 500
Boston, MA. 02108
617 753-9988

___/s/___Phillip Cheng, AUSA (by LG)

___/s/_____Eduardo Masferrer (by LG)

**Certificate of Service**

I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 27, 2019. A copy has been sent to **Edilberto Calle-Alvarez at the Wyatt Detention Center.**

**/s/ Lenore Glaser**